LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
MICHAEL A. ARATA, ESQ.
Nevada Bar No. 11902
**SPRINGEL & FINK LLP**
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada  89148
Telephone:  (702) 804-0706
E-Mail:     *lfink@springelfink.com*
            *marata@springelfink.com*

Attorneys for Defendants,
*PFIZER, INC., BARRETTS MINERALS INC.,
and SPECIALTY MINERALS INC.*

**UNITED STATES DISTRICT COURT
STATE OF NEVADA**

| | |
|---|---|
| TYLER WALL and LORISSA HOTTEL, | Case No.:  2:21-cv-01798-JAD-DJA |
| Plaintiffs, | |
| vs. | **STIPULATION TO EXTEND DEFENDANTS PFIZER, INC., BARRETTS MINERALS INC., AND SPECIALTY MINERALS INC.'S TIME TO RESPOND TO COMPLAINT (First Request)** |
| AVON PRODUCTS, INC.;  BARRETTS MINERALS INC.;  BRENNTAG NORTH AMERICA, INC. (sued individually and as successor-in-interest to MINERAL PIGMENT SOLUTIONS, INC. and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.); BRENNTAG SPECIALTIES LLC f/k/a BRENNTAG SPECIALTIES, INC. f/k/a MINERAL PIGMENT SOLUTIONS, INC. (sued individually and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.); CHARLES B. CHRYSTAL COMPANY, INC.; CHATTEM, INC. a subsidiary of SANOFI-AVENTIS U.S. LLC (sued individually and as successor-in-interest to BLOCK DRUG CORPORATION, successor-in-interest to THE GOLD BOND STERILIZING POWDER COMPANY a/k/a THE GOLD BOND COMPANY);  COTY, INC.;  PFIZER INC.; SPECIALTY MINERALS INC. (sued individually and as a subsidiary of MINERALS TECHNOLOGIES INC.); and WHITTAKER CLARK & DANIELS, INC., | |
| Defendants. | |

///

**STIPULATION TO EXTEND DEFENDANTS PFIZER, INC., BARRETTS MINERALS INC., AND SPECIALTY MINERALS INC.'S TIME TO RESPOND TO COMPLAINT (First Request)**

Defendants, PFIZER, INC., BARRETTS MINERALS INC., and SPECIALTY MINERALS INC. ("Defendants") and Plaintiffs, TYLER WALL and LORISSA HOTTEL ("Plaintiffs") (collectively, the "Parties") stipulate and agree as follows:

1. Defendants' time to respond to Plaintiffs' Complaint (ECF No. 1), filed on September 28, 2021, will be continued from October 25, 2021 to November 8, 2021 (14 days); and

2. Defendants require additional time to investigate Plaintiffs' allegations and respond to Plaintiffs' Complaint.  This is Defendants' first request for an extension.

DATED this 22nd day of October, 2021.                    DATED this 22nd day of October, 2021.

SPRINGEL & FINK LLP                                                       HENNESS & HAIGHT

*/s/ Leonard T. Fink*                                                           */s/ Shaun Muaina*
By: _____          By: _____
LEONARD T. FINK, ESQ.                                                SHAUN MUAINA, ESQ.
Nevada Bar No. 6296                                                       Nevada Bar No. 12829
MICHAEL A. ARATA, ESQ.                                          8972 Spanish Ridge Ave.
Nevada Bar No. 11902                                                    Las Vegas, Nevada 89148
9075 W. Diablo Drive, Suite 302                                 Attorneys for Plaintiffs,
Las Vegas, Nevada 89148                                            *LORISSA HOTTEL and TYLER WALL*
Attorneys for Defendants,
*PFIZER, INC., BARRETTS MINERALS INC., and SPECIALTY MINERALS INC.*

**IT IS SO ORDERED:**

DATED: October 25, 2021               _____
                                                               UNITED STATES MAGISTRATE JUDGE
                                                               U.S.D.C. Case No. 2:21-cv-01798-JAD-DJA

## CERTIFICATE OF SERVICE
### Wall, Tyler v. Avon Products, Inc., et al.
### U.S.D.C. Case No.  2:21-cv-01798-JAD-DJA

STATE OF NEVADA            )
                           ) ss.
COUNTY OF CLARK            )

Pursuant to FRCP 5(b), on **October 22, 2021** the foregoing document entitled: ***Stipulation to Extend Defendants Pfizer, Inc., Barretts Minerals Inc., and Specialty Minerals Inc.'s Time to Respond to Complaint (First Request)*** was served via electronic service through the United States District Court for the District of Nevada's ECF system and pursuant to Rule 26(a)(1) on the following parties:

| | |
|---|---|
| Shaun Muaina, Esq. (SBN 12829)<br>**Henness & Haight**<br>8972 Spanish Ridge Ave.<br>Las Vegas, Nevada 89148<br>Attorneys for Plaintiffs, *LORISSA HOTTEL and TYLER WALL*<br>Email: shaun@hennessandhaight.com | Stuart Purdy, Esq. (SBN 239878)<br>Tyson Gamble, Esq. (SBN 266677)<br>**Simon Greenstone Pantier, PC**<br>3780 Kilroy Airport Way, Suite 540<br>Long Beach, California 90806<br>Attorneys for Plaintiffs, *LORISSA HOTTEL and TYLER WALL*<br>Email: spurdy@sgptrial.com; tgamble@sgptrial.com |
| A. Gentry Smith, Esq. (SBN 46090)<br>**Maune Raichle Hartley French & Mudd, LLC**<br>1015 Locust Street, Suite 1200<br>St. Louis, Missouri 63101<br>Attorneys for Plaintiffs, *LORISSA HOTTEL and TYLER WALL*<br>Email: agsmith@mrhfmlaw.com | |

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Ella Wilczynski*

An employee of Springel & Fink LLP

-3-