Vaughn A. Crawford, Esq.
Nevada Bar No. 7665
Dawn L. Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
vcrawford@swlaw.com
ddavis@swlaw.com

*Attorneys for Defendants*
*Avon Products, Inc. and Coty, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TYLER WALL and LORISSA HOTTEL, <br><br> Plaintiffs, <br><br> vs. <br><br> AVON PRODUCTS, INC.; BARRETTS MINERALS INC.; BRENNTAG NORTH AMERICA, INC. (sued individually and as successor-in-interest to MINERAL PIGMENT SOLUTIONS, INC. and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.); BRENNTAG SPECIALTIES LLC f/k/a BRENNTAG SPECIALTIES, INC. f/k/a MINERAL PIGMENT SOLUTIONS, INC. (sued individually and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.); CHARLES B. CHRYSTAL COMPANY, INC.; CHATTEM, INC. a subsidiary of SANOFI-AVENTIS U.S. LLC (sued individually and as successor-in-interest to BLOCK DRUG CORPORATION, successor-in-interest to THE GOLD BOND STERILIZING POWDER COMPANY a/k/a THE GOLD BOND COMPANY); COTY, INC.; PFIZER INC., SPECIALTY MINERALS INC. (sued individually and as a subsidiary of MINERALS TECHNOLOGIES INC.); and WHITTAKER CLARK & DANIELS, INC., <br><br> Defendants. | Case No.: 2:21-cv-1798 -JAD-DJA <br><br> **STIPULATION AND ORDER TO EXTEND DEFENDANTS AVON PRODUCTS, INC. AND COTY, INC.'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** <br><br> **(FIRST REQUEST)** |

4868-5148-8769

Pursuant to Local Rule 7-1, Plaintiffs Tyler Wall and Lorissa Hottel ("Plaintiffs") and Defendants Avon Products, Inc. ("Avon") and Coty, Inc. ("Coty"), through their respective counsel, submit this Stipulation and Proposed Order.

Plaintiffs filed their Complaint on September 28, 2021;

Avon and Coty were served with the Complaint on or about October 7, 2021;

Avon and Coty's deadline to respond to the Complaint is currently October 28, 2021; and

This is the Parties' first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party.

IT IS STIPULATED AND AGREED by and between the Parties that the time for Avon and Coty to respond to the Complaint in this action is extended to and through November 11, 2021.

Dated: October 27, 2021.

SNELL & WILMER L.L.P.

By: /s/ *Dawn L. Davis*
Vaughn A. Crawford, Esq.
Dawn L. Davis, Esq.
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant*
*Avon Products, Inc.*

Dated: October 27, 2021.

HENNES & HAIGHT

By: /s/ *Shaun K. Muaina*
Shaun K. Muaina, Esq.
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148

Stuart Purdy, Esq. (pro hac vice pending)
Tyson Gamble, Esq. (pro hac vice pending)
SIMON GREENSTONE PANATIER, PC
3780 Kilroy Airport Way, Suite 540
Long Beach, California 90806

A. Gentry Smith, Esq. (pro hac vice pending)
MAUNE RAJCHLE HARTLEY FRENCH & MUDD, LLC
1015 Locust Street, Suite 1200
St. Louis, Missouri 63101

*Attorneys for Plaintiffs*

IT IS SO ORDERED.

DATED: October 28, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE