SHAUN K. MUAINA, ESQ.
Nevada Bar No. 12829
HENNESS & HAIGHT
8972 Spanish Ridge A venue
Las Vegas, Nevada 89148
Telephone: (702) 862-8200
Facsimile: (702) 862-8204
shaun@hennessandhaight.com

STUART PURDY
CA BAR No. 239878 (pro hac vice pending)
TYSON GAMBLE
CA BAR No. 266677 (pro hac vice pending)
SIMON GREENSTONE PANATIER, PC
3780 Kilroy Airport Way, Suite 540
Long Beach, California 90806
Telephone: (562) 590-3400
Facsimile: (562) 590-3412
spurdy@sgptrial.com
tgamble@sgptrial.com

A. GENTRY SMITH
MO BAR No. 46090 (pro hac vice pending)
MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC
1015 Locust Street, Suite 1200
St. Louis, Missouri 63101
Telephone: (314) 241-2003
Facsimile: (314) 241-4838
agsmith@mrhfmlaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TYLER WALL and LORISSA HOTTEL,<br><br>       Plaintiffs,<br><br>v.<br><br>AVON PRODUCTS, INC.; BARRETT MINERALS INC.; BRENNTAG NORTH AMERICA, INC. (sued individually and as successor-in-interest to MINERAL PIGMENT SOULUTIONS, INC. and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.); BRENNTAG SPECIALTIES LLC f/k/a BRENNTAG | Case No. 2:21-cv-01798-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT BRENNTAG NORTH AMERICA, INC. WITHOUT PREJUDICE**<br><br>ECF No. 29 |

|   |   |
|---|---|
| 1 | SPECIALTIES, INC. f/d/a MINERAL PIGMENT SOULTIONS, INC. (sued individually and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.); CHARLES B CHRYSTAL COMPANY, INC.; CHATTEM, INC. a subsidiary of SANOFIA-AVENTIS U.S. LLC (sued individually and as successor-in-interest to BLOCK DRUG CORPORATION, successor-in-interest to THE GOLD BOND STERILIZING POWDER COMPANY a/k/a THE GOLD BOND COMPANY); COTY, INC.; SPECIALTY MINERALS INC. (sued individually and as a subsidiary of MINERALS TECHNOLOGIES INC.); and WHITTAKER CLARK & DANIELS, INC., |

Defendants.

Plaintiffs, through their undersigned attorneys, and Defendant Brenntag North America, Inc., through its undersigned attorneys, hereby agree and stipulate to dismiss Defendant Brenntag North America, Inc. from this action, without prejudice.

Dated this 15th day of November 2021.

| /s/ Shaun K. Muaina | /s/ Anne T. Freeland |
|---|---|
| Shaun K. Muaina, | Anne T. Freeland |
| Henness & Haight | Michael Best & Friedrich, LLP |
| 8972 Spanish Ridge Ave. | 2750 East Cottonwood Parkway, Suite 560 |
| Las Vegas, NV 89148 | Cottonwood Heights, UT 84121 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Brenntag North America, Inc.* |

### ORDER

Based on the stipulation between plaintiff and Defendant Brenntag North America, Inc. **[ECF No. 29]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that **ALL CLAIMS AGAINST Defendant Brenntag North America, Inc. are DISMISSED without prejudice**, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 17, 2021

2