ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
JAMES E. CAVANAUGH, ESQ.
Nevada Bar No. 6929
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone:  702-577-9300
Direct Line: 702-577-9340/9305
Facsimile:  (702) 255-2858
Email: jecavanaugh@grsm.com
         rschumacher@grsm.com

*Attorneys for Defendant,*
*CHARLES B. CHRYSTAL COMPANY, INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TYLER WALL and LORISSA HOTTEL,<br><br>Plaintiff,<br><br>vs.<br><br>AVON PRODUCTS, INC.; BARRETTS MINERALS, INC.; BRENNTAG NORTH AMERICA, INC. (sued individually and as successor-in-interest to MINERAL PIGMENT SOLUTIONS, INC. and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.); BRENNTAG SPECIALTIES LLC f/k/a BRENNTAG SPECIALTIES, INC. f/k/a MINERAL PIGMENT SOLUTIONS, INC. (sued individually and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.); CHARLES B. CHRYSTAL COMPANY, INC.; CHATTEM, INC. a subsidiary of SANOFI-AVENTIS U.S. LLC (sued individually and as successor-in-interest to BLOCK DRUG CORPORATION. Successor-in-interest to THE GOLD BOND STERILIZING POWDER COMPANY a/k/a THE GOLD BOND COMPANY); COTY, INC.; PFIZER INC.; SPECIALTY MINERALS INC. (sued individually and as a subsidiary of MINERALS TECHNOLOGIES INC.); and WHITTAKER CLARK & DANIELS, INC.,<br><br>Defendants. | CASE NO.  2:21-CV-01798-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT CHARLES B. CHRYSTAL CO., INC. WITHOUT PREJUDICE**<br><br>ECF No. 31 |

-1-

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**

Defendant CHARLES B. CHRYSTAL COMPANY, INC., ("CBC") by and through its attorneys, Robert E. Schumacher, Esq. and James E. Cavanaugh, Esq. of the law firm of GORDON REES SCULLY MANSUKHANI LLP, and Plaintiffs TYLER WALL and LORISSA HOTTEL ("Plaintiffs"), by and through their counsel, Tyson Ganble, Esq. of the law firm of SIMON GREENSTONE PANATIER, PC; Shaun K. Muaina, Esq. of the law firm of HENNESS & HAIGHT; and A. Gentry Smith, Esq. of the law firm of MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC hereby stipulate and agree as follows:

1. Plaintiffs hereby dismisses its Complaint [ECF No. 1] including all claims, disputes, and causes of action alleged against CBC without prejudice in exchange of waiver of costs.

2. This stipulation is intended to resolve all of the claims, disputes, and causes of action between Plaintiffs and CBC in this matter, with each party to bear its own fees and costs of litigation.

**IT IS SO STIPULATED**

DATED this 17th day of November 2021.            DATED this 17th day of November 2021

**GORDON REES SCULLY**                            **HENNESS & HAIGHT**
**MANSUKHANI, LLP**


*/s/ James E. Cavanaugh*                          */s/ Shaun K. Muaina*
ROBERT E. SCHUMACHER, ESQ.                        SHAUN K. MUAINA, ESQ.
Nevada Bar No. 7504                               Nevada Bar No. 12829
JAMES E. CAVANAUGH, ESQ.                          8972 Spanish Ridge Avenue
Nevada Bar No. 6929                               Las Vegas, Nevada 89148
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
***Attorney for Defendant,***                     TYSON GAMBLE, ESQ.
***CHARLES B. CHRYSTAL COMPANY, INC.***           California Bar No. 266677
                                                  *Pro Hac Vice Pending*
                                                  STUART PURDY, ESQ.
                                                  California Bar No. 239878
                                                  *Pro Hac Vice Pending*
                                                  **SIMON GREENSTONE PANATIER, PC**
                                                  3780 Kilroy Airport Way, Suite 540
                                                  Long Beach California 90806

A. GENTRY SMITH, ESQ.
Missouri Bar No. 46090
*Pro Hac Vice Pending*
**MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC**
1015 Locust Street, Suite 1200
St. Louis, Missouri 63101

*Attorneys for Plaintiffs,*
*TYLER WALL and LORISSA HOTTEL*

### ORDER

Based on the stipulation between plaintiff and Defendant Charles B. Chrystal Company, Inc. **[ECF No. 31]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that **ALL CLAIMS AGAINST Defendant Charles B. Chrystal Company, Inc. are DISMISSED without prejudice**, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 17, 2021